# **Exhibit C**

OMB Approval No. 2502-0265



## A. Settlement Statement (HUD-1)

### B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Mildred Dorta and Anthony Acosta<br>181 Cornelia Street<br>Brooklyn, New York 11221 | Robert Dakin and Barbara Dakin<br>25 Winston Lane<br>Garrison, New York 10524 | |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 25 Winston Lane<br>Garrison, New York 10524 | Rick S. Cowle, Esq. | |
| | Place of Settlement:<br>18 Fair Street, Carmel, New York 10512 | |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | 240,000.00 | 401. Contract sales price | 240,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustment for items paid by seller in advance | | Adjustment for items paid by seller in advance | |
| 106. City/town taxes      to | | 406. City/town taxes      to | 0.00 |
| 107. County taxes      to | | 407. County taxes      to | 0.00 |
| 108. Assessments      to | | 408. Assessments      to | 0.00 |
| 109. | | 409. | 0.00 |
| 110. | | 410. | 0.00 |
| 111. | | 411. | 0.00 |
| 112. | | 412. | 0.00 |
| **120. Gross Amount Due from Borrower** | **240,000.00** | **420. Gross Amount Due to Seller** | **240,000.00** |
| **200. Amount Paid by or in Behalf of Borrower** | | **500. Reductions In Amount Due to seller** | |
| 201. Deposit or earnest money | 12,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 25,285.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 210,715.00 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes      to | | 510. City/town taxes      to | 0.00 |
| 211. County taxes      to | | 511. County taxes      to | 0.00 |
| 212. Assessments      to | | 512. Assessments      to | 0.00 |
| 213. **Property Disclosure credit (NYS Law)** | 500.00 | 513. **Property Disclosure credit (NYS Law)** | 500.00 |
| 214. | | 514. **unpaid property taxes est** | 3,500.00 |
| 215. | | 515. | 0.00 |
| 216. | | 516. | 0.00 |
| 217. | | 517. | 0.00 |
| 218. | | 518. | 0.00 |
| 219. | | 519. | 0.00 |
| **220. Total Paid by/for Borrower** | **12,500.00** | **520. Total Reduction Amount Due Seller** | **240,000.00** |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | 240,000.00 | 601. Gross amount due to seller (line 420) | 240,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | ( 12,500.00) | 602. Less reductions in amounts due seller (line 520) | ( 240,000.00) |
| **303. Cash  [X] From  ☐ To Borrower** | **227,500.00** | **603. Cash  ☐ To  ☐ From Seller** | |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## L. Settlement Charges

| 700. Total Real Estate Broker Fees | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| Division of commission (line 700) as follows: | | | |
| 701. $ to RE/MAX Classic Realty | | | |
| 702. $ to RE/MAX Classic Realty | | | |
| 703. Commission paid at settlement | | | 14,400.00 |
| 704. | | | |

| 800. Items Payable in Connection with Loan | | | |
|---|---|---|---|
| 801. Our origination charge | $ (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | | |
| 804. Appraisal fee to | (from GFE #3) | | |
| 805. Credit report to | (from GFE #3) | | |
| 806. Tax service to | (from GFE #3) | | |
| 807. Flood certification to | (from GFE #3) | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |

| 900. Items Required by Lender to be Paid in Advance | | | |
|---|---|---|---|
| 901. Daily interest charges from to @ $ /day | (from GFE #10) | | |
| 902. Mortgage insurance premium for months to | (from GFE #3) | | |
| 903. Homeowner's insurance for years to | (from GFE #11) | | |
| 904. | | | |

| 1000. Reserves Deposited with Lender | | | |
|---|---|---|---|
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance months @ $ per month $ | | | |
| 1003. Mortgage insurance months @ $ per month $ | | | |
| 1004. Property Taxes months @ $ per month $ | | | |
| 1005. months @ $ per month $ | | | |
| 1006. months @ $ per month $ | | | |
| 1007. Aggregate Adjustment -$ | | | |

| 1100. Title Charges | | | |
|---|---|---|---|
| 1101. Title services and lender's title insurance  HUD SUB/PKG SUB | (from GFE #4) | | 450.00 |
| 1102. Settlement or closing fee | $ | | 2,750.00 |
| 1103. Owner's title insurance | (from GFE #5) | | |
| 1104. Lender's title insurance | $ | | |
| 1105. Lender's title policy limit $ | | | |
| 1106. Owner's title policy limit $ | | | |
| 1107. Agent's portion of the total title insurance premium to | $ | | |
| 1108. Underwriter's portion of the total title insurance premium to | $ | | |
| 1109. **Title review** | | | 975.00 |
| 1110. | | | |
| 1111. | | | |

| 1200. Government Recording and Transfer Charges | | | |
|---|---|---|---|
| 1201. Government recording charges | (from GFE #7) | | 650.00 |
| 1202. Deed $  Mortgage $  Release $ | | | |
| 1203. Transfer taxes | (from GFE #8) | | 960.00 |
| 1204. City/County tax/stamps  Deed $  Mortgage $ | | | |
| 1205. State tax/stamps  Deed $  Mortgage $ | | | |
| 1206. | | | |

| 1300. Additional Settlement Charges | | | |
|---|---|---|---|
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. | $ | | |
| 1303. **Legal** | $ | | 3,850.00 |
| 1304. **Title clearance** | $ | | 1,250.00 |
| 1305. | $ | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | 0.00 | 25,285.00 |

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Charges That Cannot Increase | HUD-1 Line Number | | |
| Our origination charge | # 801 | | |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | | |
| Your adjusted origination charges | # 803 | | |
| Transfer taxes | # 1203 | | |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | Total | 0.00 | 0.00 |
| | Increase between GFE and HUD-1 Charges | $   or | % |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | | |
| Daily interest charges    $        /day | # 901 | | |
| Homeowner's insurance | # 903 | | |
| | # | | |
| | # | | |
| | # | | |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | $ |
| Your loan term is | years |
| Your initial interest rate is | % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $          includes<br>☐ Principal<br>☐ Interest<br>☐ Mortgage Insurance |
| Can your interest rate rise? | ☐ No   ☐ Yes, it can rise to a maximum of     %. The first change will be on           and can change again every           after           . Every change date, your interest rate can increase or decrease by     %. Over the life of the loan, your interest rate is guaranteed to never be **lower** than     % or **higher** than     %. |
| Even if you make payments on time, can your loan balance rise? | ☐ No   ☐ Yes, it can rise to a maximum of $ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☐ No   ☐ Yes, the first increase can be on           and the monthly amount owed can rise to $          . The maximum it can ever rise to is $ |
| Does your loan have a prepayment penalty? | ☐ No   ☐ Yes, your maximum prepayment penalty is $ |
| Does your loan have a balloon payment? | ☐ No   ☐ Yes, you have a balloon payment of $           due in           years on |
| Total monthly amount owed including escrow account payments | ☐ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>☐ You have an additional monthly escrow payment of $           that results in a total initial monthly amount owed of $           . This includes principal, interest, any mortgage insurance and any items checked below:<br>☐ Property taxes          ☐ Homeowner's insurance<br>☐ Flood insurance          ☐<br>☐ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.
I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief it is a true and accurate statement of all receipts and disbursements made on my account, or by me, in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

| | | | |
|---|---|---|---|
| Borrower | Mildred Dorta | Seller | Robert Dakin |

| | | | |
|---|---|---|---|
| Borrower | Anthony Dorta | Seller | Barbara Dakin |

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed on accordance with this statement.

| | |
|---|---|
| Settlement Agent | Date |

Previous edition are obsolete                                    Page 3 of 3                                    HUD-1
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.