**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

BARBARA A DAKIN

**RESPONSE**

Debtor(s).

**CASE #: 18-35076-cgm**
**CHAPTER 13**

Wells Fargo Bank, N.A. ("Secured Creditor") by and through its undersigned Counsel,

Aleksandra K. Fugate, Esq, files this Reply to the Debtor's Motion to Sell the Property (Docket

No. 36) at 25 Winston Ln, Garrison, NY 10524 (the "Subject Property") and respectfully states as

follows:

    1.    On February 8, 2018, Rick Cowle, Esq., attorney for the debtor, filed the

Motion to Sell Property under 11 U.S.C. § 363(f) for the Subject Property.

    2.    The Secured Creditor requests to be paid in full subject to a proper payoff

quote.

    3.    Movant is to request a payoff quote prior to the sale from Secured

Creditor.

    4.    Further, the Secured Creditor requests that any sale short of full payoff be

subject to Secured Creditor's final approval.

    5.    Subsequently, the Secured Creditor requests the closing to happen in a

timely fashion from the date of the entered Order and be notified of same.

**WHEREAS**, the Secured Creditor requests the Order Approving the Sale of the Subject

Property include the Secured Creditor to be paid in full subject to a proper payoff quote and any

sale short of full payoff be subject to Secured Creditor's final approval and further relief as the

Court deems just and proper.

Dated: February 27, 2018
      Rochester, New York
                                      /s/ Aleksandra K. Fugate
                                      WOODS OVIATT GILMAN LLP
                                      Aleksandra K. Fugate, Esq.
                                      Attorneys for Secured Creditor
                                      700 Crossroads Building
                                      2 State Street
                                      Rochester, New York 14614
                                      Telephone: 855-227-5072

{5916558: }20180553

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

BARBARA A DAKIN

**AFFIDAVIT OF MAILING**

**CASE #: 18-35076-cgm**
**CHAPTER 13**

Debtor(s).

**STATE OF NEW YORK )**
**COUNTY OF MONROE  ) SS:**

I, Jessica V. Suhr, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Rochester, New York.

That on February 27, 2018 deponent served the annexed Response on the parties listed in Schedule "A" by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office depository under the exclusive care and custody of the United States Postal Service of the State of New York.

Jessica V. Suhr

Sworn to before me on
February 27, 2018

NOTARY PUBLIC

CHRISTINE N. BOBOWSKI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BO6278567
Qualified In Monroe County
My Commission Expires March 25, 20_21

## SCHEDULE "A"

Rick  Cowle, Esq.
18 Fair Street
Carmel, NY 10512

Barbara A Dakin
25 Winston Lane
Garrison, NY PUTNAM

Krista M. Preuss
399 Knollwood Road
White Plains, NY 10603

United States Trustee
74 Chapel Street
Albany, NY 12207

{5916558: }20180553